AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ROBIN STANFORD, individually, and as personal representative of Estate of Calvin Stanford,
    Plaintiffs,

v.

COUNTRY INSURANCE & FINANCIAL SERVICES, et al,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-3047-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is dismissed with prejudice. There is no award of attorney fees or costs.

| | |
|---|---|
| 8/23/10 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Karen White |
| | *(By) Deputy Clerk* |
| | Karen White |